IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>    Plaintiff<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>and<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendants. | Case No.  1:17-cv-02130 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of December 21, 2017, Plaintiff The Brady Center to Prevent Gun Violence ("Plaintiff") and Defendants the Department of Justice ("DOJ") and Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF") (collectively the "Defendants") submit this joint status report to apprise the Court of the status of Defendants' compliance with the Court's December 21, 2017 orders and Defendants' response to the two Freedom of Information Act Requests at issue in this litigation: (1) the March 29, 2017 Request ("the White Paper FOIA") and (2) the August 7, 2017 Request  (the "Warning Letter FOIA").

**WARNING LETTER FOIA**

Pursuant to the Court's orders during the December 21, 2017 status conference, the Defendants represent that they will release records responsive to the Warning Letter FOIA on January 30, 2018.  Although the Defendants have identified no problems or concerns related to the release of responsive records, the Defendants, to date, have not advised the Plaintiffs about

the volume of the upcoming production and have not provided a schedule for the complete release of all non-exempt records responsive to the Warning Letter FOIA.

### WHITE PAPER FOIA

During the parties' December 21, 2017 status conference, the Defendants committed to providing information about the ATF's efforts to identify 1000 pages of records responsive to an April 2017 congressional request for documents related to the January 20, 2017 White Paper, which is the subject of the Plaintiff's White Paper Request.  On Friday, January 26, 2018, the Defendants provided Plaintiff with the names of the 13 custodians from whom documents were collected, the date range applied and the sole search term used to identify these documents.  The Plaintiff has questions and concerns about the nature and sufficiency of Defendants' search efforts, and the Parties are in the process of trying to resolve those issues.  The Parties propose to update the Court on the status of these discussions in its next Joint Status Report, although either party may seek relief from Court before then, in the event of an impasse.

In addition, the Defendants have represented that they are on track to complete the review of these 1000 pages of responsive documents for FOIA exemptions and release all non-exempt records by February 9, 2018, as required by the Court's December 21, 2017 Order.  The Parties propose to update the Court on the status of this production and the schedule for additional productions, if necessary, in its next Joint Status Report.

### PROPOSED JOINT STATUS REPORT

As detailed above, the Parties propose to submit a Joint Status Report on February 28, 2018 to inform the Court of (a) the final production schedule for the Warning Letter FOIA; (b) the status of the Parties' discussions regarding the White Paper FOIA searches; (c) the status of

the Defendants' White Paper FOIA production; and (d) an expedited briefing schedule for dispositive motions to resolve any remaining issues.

| | |
|---|---|
| January 30, 2018 | Respectfully Submitted, |
| /s/ Kevin T. Barnett<br>Kevin T. Barnett (D.C. Bar No. 1003410)<br>Alan Pemberton (D.C. Bar No. 367108)<br>Nooree Lee (D.C. Bar No. 1001687)<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>(202) 662-5430<br>kbarnett@cov.com | JESSIE K. LIU,<br>D.C. BAR # 472845<br>United States Attorney<br>for the District of Columbia<br><br>DANIEL F. VAN HORN<br>D.C. BAR # 924092<br>Chief, Civil Division |
| Jonathan E. Lowy (D.C. Bar No. 418654)<br>Mariel Goetz (D.C. Bar No. 991079)<br>Brady Center to Prevent Gun Violence<br>840 First Street NE Suite 400<br>Washington, DC 20002<br>(202) 370-8106<br>mgoetz@bradymail.org | /s/ Marina Utgoff Braswell<br>MARINA UTGOFF BRASWELL<br>D.C. Bar # 416587<br>Assistant United States Attorney<br>United States Attorney's Office<br>555 4th Street, N.W. – Civil Division<br>Washington, D.C. 20530<br>(202) 252-2561<br>Marina.Braswell@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |