IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>　　　　Plaintiff<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>and<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>　　　　Defendants. | Case No.  1:17-cv-02130 (RDM) |

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY**

　　　Plaintiff The Brady Center to Prevent Gun Violence respectfully moves the Court pursuant to Federal Rule of Civil Procedure 56 to grant an order for partial summary judgment in favor of Plaintiff instructing Defendants United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to (i) remedy the ATF's inadequate search in response to the White Paper FOIA, (ii) withdraw redactions in the White Paper FOIA documents based upon FOIA Exemption (b)(5) and out-of-scope claims, and (iii) withdraw redactions in the Warning Letter FOIA documents based upon FOIA Exemption (b)(3).  Plaintiff submits a Memorandum of Points and Authorities in support of this Motion and a Proposed Order.

September 10, 2018　　　　　　　　　　　　　　　Respectfully Submitted,

/s/ Kevin T. Barnett
Kevin T. Barnett (D.C. Bar No. 1003410)
Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com

Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8106
jlowy@bradymail.org
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2018, a true and correct copy of the foregoing Motion for Partial Summary Judgment (with all accompanying attachments and exhibits) was served via the Court's electronic filing system on:

>Marina Braswell
>Assistant United States Attorney
>United States Attorney's Office—
>Civil Division 555 4th St., NW
>Washington, DC 20530

/s/ Nooree Lee
Nooree Lee (D.C. Bar No. 11001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5909
nlee@cov.com