IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>    Plaintiff<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>and<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    Defendants. | Case No.  1:17-cv-02130 (RDM) |

**DECLARATION OF NOOREE LEE IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE AND
STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS**

I, Nooree Lee, declare as follows:

1. I am an attorney with the law firm of Covington & Burling LLP and counsel for the Plaintiff in this action.

2. I make this declaration to place before the Court certain materials relied on in Plaintiff's Response To Defendants' Statement Of Material Facts As To Which There Is No Genuine Issue And Statement Of Additional Undisputed Material Facts.

3. Attached as **Exhibit A** is a true and correct copy of the Washington Post article titled "Senior ATF Official Proposes Loosening Gun Regulations" and dated February 6, 2017.

4. Attached as **Exhibit B** is a true and correct copy of Mr. Turk's letter to J. Chaffetz dated April 24, 2017.

5.   Attached as **Exhibit C** is a true and correct copy of excerpts of the January 30, Warning Letter FOIA document production (pages 1-100).

6.   Attached as **Exhibit D** is a true and correct copy of excerpts of the March 9, 2018 Warning Letter FOIA document production (pages 1-150, 294-302, 357-368).

7.   Attached as **Exhibit E** is a true and correct copy of excerpts of the White Paper FOIA document production (pages 870-872, 921).

8.   Attached as **Exhibit F** is a true and correct copy of the Vaughn index accompanying the White Paper FOIA document productions (dated March 16, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 10, 2018 in Washington, D.C.

/s/ Nooree Lee
Nooree Lee