# Exhibit E

**From:**          (b) (6) Bennett (b) (6)
**Sent:**          Thursday, April 13, 2017 3:09 PM
**To:**            (b) (6)
**Subject:**       Re: Searches

Ok

Megan A. Bennett

On Apr 13, 2017, at 3:05 PM, (b) (6)  . <(b) (6)  > wrote:

> Chris sent it.
>
> **From:** Bennett, Megan A.
> **Sent:** Thursday, April 13, 2017 3:05 PM
> **To:** (b) (6)  . (b) (6)
> **Subject:** Re: Searches
>
> Yes, I'll send it to you as soon as I get back to my office
>
> Megan A. Bennett
>
> On Apr 13, 2017, at 2:36 PM, (b) (6)  . <(b) (6)  > wrote:
>
>> Thank you.  Do you have a copy of the letter inviting us to testify?  I can't find it on the
>> committee website.
>>
>> **From:** Bennett, Megan A.
>> **Sent:** Thursday, April 13, 2017 2:20 PM
>> **To:** (b) (6)  . <(b) (6)  >
>> **Cc:** Shaefer, Christopher C. <(b) (6)  >
>> **Subject:** Fwd: Searches
>>
>> Just FYI - I asked (b) (6)  to have their final recommendations to me by the end of the
>> day.
>>
>> Thanks!
>>
>> Megan A. Bennett
>>
>> Begin forwarded message:
>>
>>> **From:** '(b) (6)  .'(b) (6)  >
>>> **Date:** April 13, 2017 at 1:30:29 PM EDT
>>> **To:** "Bennett, Megan A."(b) (6)  >
>>> **Subject:** Searches
>>>
>>> Megan,

1

This is what I sent to (b) (6). I am waiting on his comments.

In addition to having OST doing a dive on the emails the individual custodians are going to be intimately familiar with how these emails were classified and the email subjects that were used. The terms below are very broad and are going to case a wide net. For example, if the news clips mention anything about the hearing or the broadcast these terms will pick up those emails. All of the search terms, dates etc., should be further refined through conversations with individuals involved in the events.

As an aside a great deal of these emails are going to be considered memo on memo by DOJ. We normally do not turn over documents to the Hill that discuss strategy, preparation etc., that is done prior to producing documents or testimony on the Hill. This may have changed since the Storefront production.



Item 5: Produce all documents and communications referring or relating to the "White Paper."

    **Search Terms:** White paper. I would recommend asking the Deputy Director what terms he used to forward this document to others for review.

    **Custodians:** Ron Turk, Joe Allen, (b) (6), anyone else that the document was circulated to.

    **Time Frame:** The Deputy Director is going to have to provide a time frame to search.



RIP



OTS

**Mark Barnes** (b) (6)                                                    1/9/2017 5:59 PM

## Re: Draft Ideas

To ronaldturk (b) (6)

---

I am on it. Best regards, Mark

> On Jan 9, 2017, at 4:20 PM, ronaldturk (b) (6)   wrote:
>
> Hello Mark.  Attached is a draft of what I mentioned, intended to identify potential "hot" regulatory issues for the new team.  Please disregard any poor use of my English language skills – this was written solely by me (with the exception of an EPS darted section regarding old regs proposed for removal from the books), and not edited well yet.  If I am missing the mark on a major issue or disregarding a major discussion point any feedback you have would be appreciated. My hope is that the agency can demonstrate flexibility where appropriate and identify areas for further discussion, recognizing that solving everyone's concerns on each side would be difficult as well.....
>
> See you next week.
> Ron
> <White Paper Turk final draft 1.2017.docx>

Mark Barnes
Attorney at Law
1350 Eye St. N.W. , Suite 260
Washington, D.C. 20005
Tel. (202) 626-0089
Fax (202) 626-0088
Pager: (b) (6)

This e-mail is confidential and is legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Mark Barnes & Associates at 202-626-0089 if you need assistance.

RIP