IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>      Plaintiff<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>and<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>      Defendants. | Case No.  1:17-cv-02130 (RDM)<br>Consolidated with 1:18-cv-02643 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated November 1, 2019, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center") and Defendants United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") set forth the current status of this case.  Specifically, on November 25, 2019, the parties conferred regarding the outstanding issues, which led to the parties reaching a number of agreements.

First, the parties agreed that, during its additional searches in response to the White Paper Request, the ATF would use the 8 search terms proposed by the Brady Center.  The ATF has indicated that these searches have started.

Second, the parties discussed the production schedule for the First Warning Letter production (at issue in Case No. 1:17-cv-02130) and the Second Warning Letter production (at issue in Case No. 1:18-cv-02643).  As previously reported, the ATF believed it would complete the First Warning Letter production by November 1, 2019.  But in connection with a parallel

request from Congress, the ATF determined that it had overlooked about 20,000 pages of narrative reports responsive to the request and that it would not be possible to complete the release of that many pages by the November 1, 2019 deadline. The parties agreed that ATF would begin producing records responsive to the Second Warning Letter request on December 2, 2019 and make subsequent productions of at least 750 pages on the first business day of each month going forward. The parties also agreed that ATF would produce the previously overlooked narrative reports on the same schedule on which it was releasing those records to Congress. Although ATF could not provide an estimate, the parties hope and expect that production to take no more than 6 months.

Third, the parties discussed the timing of the ATF's Vaughn index for information withheld from the First Warning Letter productions. The parties intend to have further discussions regarding this issue and hope to reach a resolution that will not require judicial intervention.

Accordingly, the parties recommend that they file a further joint status report on or before January 10, 2020, to update the Court on the progress of the supplemental search efforts, the status of the productions, and the parties' positions on the production of a Vaughn index.

December 5, 2019

*/s/ Kevin T. Barnett*
Kevin T. Barnett (D.C. Bar No. 1003410)
Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com

Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Respectfully Submitted,

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.—Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Attorneys for Defendant*