IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>and<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>        Defendants. | Case No.  1:17-cv-02130 (RDM)<br>Consolidated with 1:18-cv-02643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated December 6, 2019, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center") and Defendants United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") set forth the current status of this case.

First, the parties reached an agreement on the timing and scope of the ATF's *Vaughn* index for information withheld from the First Warning Letter productions. Specifically, the parties agreed to limit the *Vaughn* index to a 1000 page representative sample, which the Brady Center will identify by January 28, 2020. The parties also agreed that the ATF would provide the Brady Center with its *Vaughn* index for this representative sample by March 30, 2020. After reviewing the *Vaughn* index, the parties will confer regarding the scope and timing of any necessary motions practice.

Second, as previously reported, the ATF began conducting additional searches in response to the White Paper Request using the search term agreed to by the parties.  The ATF anticipates that it will complete these searches and make any necessary supplemental productions by March 30, 2020.

Third, the Brady Center recently questioned whether the contents of the ATF's December 3, 2019 and January 3, 2020 productions were consistent with the parties' agreed-upon schedule.  As previously reported to the Court, both the Brady Center and ATF agreed that (a) "ATF would begin producing records responsive to the Second Warning Letter request on December 2, 2019 and make subsequent productions of at least 750 pages on the first business day of each month going forward" and (b) "ATF would produce the previously overlooked narrative reports on the same schedule on which it was releasing those records to Congress."  ECF No. 37 at 2.  The ATF is reviewing this issue and will respond to the Brady Center's inquiries by next week.

For these reasons, the parties recommend that they file a further joint status report on or before March 31, 2020 to update the Court on the progress of the supplemental search efforts, the status of the productions, and identification of the sample set for the Vaughn index.

| | |
|---|---|
| January 10, 2020 | Respectfully Submitted, |
| | |
| */s/ Kevin T. Barnett* | JESSIE K. LIU, |
| Kevin T. Barnett (D.C. Bar No. 1003410) | D.C. BAR # 472845 |
| Alan Pemberton (D.C. Bar No. 367108) | United States Attorney |
| Nooree Lee (D.C. Bar No. 1001687) | for the District of Columbia |
| Covington & Burling LLP | |
| One CityCenter | DANIEL F. VAN HORN |
| 850 Tenth Street NW | D.C. BAR # 924092 |
| Washington, DC 20001 | Chief, Civil Division |
| (202) 662-5430 | |
| kbarnett@cov.com | */s/ Marina Utgoff Braswell* |
| | MARINA UTGOFF BRASWELL |
| Jonathan E. Lowy (D.C. Bar No. 418654) | D.C. Bar # 416587 |
| Joshua Scharff (D.C. Bar No. 999392) | Assistant United States Attorney |
| Brady Center to Prevent Gun Violence | United States Attorney's Office |
| 840 First Street NE Suite 400 | 555 4th Street, N.W.—Civil Division |
| Washington, DC 20002 | Washington, D.C. 20530 |
| (202) 370-8105 | (202) 252-2561 |
| jscharff@bradymail.org | Marina.Braswell@usdoj.gov |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |