UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>    and<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>        Defendants. | Civ. A. Nos. 17-2130 (RDM)<br>18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated January 21, 2020, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center") and Defendants United States Department of Justice (the "Department") and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") set forth the current status of this case.

First, as reported in our last joint status report (ECF No. 38), the parties agreed to limit the First Warning Letter *Vaughn* index to a 1,000 page representative sample. On January 28, 2020, the Brady Center identified a 1,000 page representative sample. On March 30, 2020, the ATF provided the Brady Center with its *Vaughn* index for this representative sample. Although the parties recognize it may not be possible to narrow the scope more than already agreed, after reviewing the *Vaughn* index, the parties will confer regarding the scope and timing of any necessary motions practice.

Second, the ATF finished conducting additional searches in response to the White Paper Request using the search term agreed to by the parties. The ATF previously reported that it anticipated making any necessary supplemental productions by March 30, 2020. After a one-day delay, the ATF made its supplemental production on March 31, 2020.

Third, the ATF responded to the Brady Center's questions about the lack of recent productions of the previously overlooked narrative reports. The parties had agreed that the "ATF would produce the previously overlooked narrative reports on the same schedule on which it was releasing those records to Congress." ECF No. 37 at 2. The ATF reviewed the issue of previously overlooked narrative reports and states that the ATF has not made any productions to Congress other than what has already been produced to Brady. The ATF further states that the process for Congressional releases goes through a separate process in the Department that the ATF cannot control. The Disclosure Division within ATF is still working on producing the narrative reports for inspections they have previously released. ATF reaffirms that it will release the previously overlooked narrative reports on the same schedule it releases those records to Congress. The parties also agree that, if no additional productions to Congress have been made by May 15, 2020, the parties will confer on an alternative production schedule.

For these reasons, the parties recommend that they file a further joint status report on or before May 4, 2020 to update the Court on the status of Plaintiff's review of the sample *Vaughn* index and any supplemental productions and propose a briefing schedule for any necessary motions practice.

- 3 -

Respectfully Submitted,

/s/ Kevin T. Barnett                          .
Kevin T. Barnett (D.C. Bar No. 1003410)
Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com


Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: March 31, 2020

TIMOTHY J. SHEA
D.C. BAR # 437437
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

/s/ Brenda González Horowitz             .
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar # 1017243
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.—Civil Division
Washington, D.C. 20530
(202) 252-2512
Brenad.Gonzalez.Horowitz@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE BRADY CENTER TO PREVENT GUN
VIOLENCE,

      Plaintiff

    v.

U.S. DEPARTMENT OF JUSTICE

    and

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

      Defendants.

Civ. A. Nos. 17-2130 (RDM)
18-2643 (RDM)

## [PROPOSED] ORDER

The parties shall file a joint status report on or before May 4, 2020.

**SO ORDERED**.

Dated

Randolph D. Moss
UNITED STATES DISTRICT JUDGE