UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al*.,<br><br>   Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's June 9, 2020 Minute Order, Plaintiff the Brady Center to Prevent Gun Violence ("Brady Center") and Defendants United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") set forth the status of these consolidated Freedom of Information Act ("FOIA") cases.

These consolidated cases pertain to (1) a white paper drafted by a senior ATF official ("White Paper Request") and ATF's inspections of federally-licensed gun dealers from July 1, 2015 to June 30, 2017 ("First Warning Letter Request"), which is the subject of Civil Action No. 17-2130; and (2) ATF's inspections of federally-licensed gun dealers from July 1, 2017 to the present ("Second Warning Letter Request"), which is the subject of Civil Action No. 18-2643. Since the parties' May 11, 2020 Joint Status Report (ECF No. 42), these consolidated cases have progressed as follows.

**Case No. 17-2130: First Warning Letter and White Paper Request**

ATF has been making monthly productions of the Narrative Reports discovered in October 2019 in reverse chronological order of the prior First Warning Letter productions. ATF has made three releases:

- On May 15, 2020, ATF informed Plaintiff that it processed and released 1,007 pages of Firearms Narrative Reports related to the First Warning Letter Request.

- On June 18, 2020, ATF informed Plaintiff that it processed and released 1,242 pages of Firearms Narrative Reports related to the First Warning Letter Request.

- On June 22, 2020, ATF informed Plaintiff that it processed and released an additional 484 pages of Firearms Narrative Reports related to the First Warning Letter Request.

ATF also anticipates releasing an additional 1,300 pages on July 15, 2020.

The parties disagree about the adequacy of the current production schedule of 750 pages per month, *see* March 13, 2018 Minute Order, for the First Warning Letter Request and the Brady Center wants ATF to increase the number of pages produced per month. As previously reported, the parties have been negotiating about the First Warning Letter production schedule. *See* ECF No. 36, Joint Status Report (Oct. 31, 2019); ECF No. 37, Joint Status Report (Dec. 5, 2019) (detailing parties' revised agreement on First Warning Letter production schedule); ECF No. 40, Joint Status Report (Mar. 31, 2020) (reporting on status of First Warning Letter production schedule). The Brady Center intends to file a motion for a revised scheduling order by July 24, 2020 to request the Court's assistance resolving this impasse.

**Case No. 18-2643: Second Warning Letter Request**

ATF agreed to make monthly productions of at least 750 pages of records responsive to the Second Warning Letter Request. ATF began making these productions on December 3, 2019 and continues to make these productions today. Since the last status report, ATF made two releases:

- On June 1, 2020, ATF informed Plaintiff that it processed and released 971 pages.

- On July 2, 2020, ATF informed Plaintiff that it processed and released 1,001 pages.

ATF is producing both the inspection reports and related narrative reports at the same time.

ATF does not have an estimate for when it will complete its production, but anticipates it will not finish before 2021.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin T. Barnett            . | MICHAEL R. SHERWIN |
| Kevin T. Barnett (D.C. Bar No. 1003410) | Acting United States Attorney |
| Alan Pemberton (D.C. Bar No. 367108) | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Nooree Lee (D.C. Bar No. 1001687) | Chief, Civil Division |
| Covington & Burling LLP | |
| One CityCenter | By:    /s/ Michael A. Tilghman II |
| 850 Tenth Street NW |          MICHAEL A. TILGHMAN II |
| Washington, DC 20001 |          D.C. Bar #988441 |
| (202) 662-5430 |          Assistant United States Attorney |
| kbarnett@cov.com |          U.S. Attorney's Office, Civil Division |
| |          555 Fourth Street, N.W. |
| Jonathan E. Lowy (D.C. Bar No. 418654) |          Washington, D.C. 20530 |
| Joshua Scharff (D.C. Bar No. 999392) |          (202) 252-7113 |
| Brady Center to Prevent Gun Violence |          Michael.Tilghman@usdoj.gov |
| 840 First Street NE Suite 400 | |
| Washington, DC 20002 | *Attorneys for the United States of America* |
| (202) 370-8105 | |
| jscharff@bradymail.org | |

*Attorneys for Plaintiff*

Dated: July 15, 2020