UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 17-2130 (RDM)<br>)　Consolidated with 18-2643 (RDM)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Motion for a Scheduling Order, defendant's opposition, and the entire record, it is hereby

ORDERED that the motion is DENIED.

SO ORDERED


Dated: _____          _____
　　　　　　　　　　　　　　　　　　Randolph D. Moss
　　　　　　　　　　　　　　　　　　United States District Judge