UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 17-2130 (RDM)<br>)　Consolidated with 18-2643 (RDM)<br>)<br>)<br>)<br>)<br>) |

### JOINT STATUS REPORT

Pursuant to this Court's August 11, 2020 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), set forth the status of these consolidated Freedom of Information Act ("FOIA") cases. The parties have conferred regarding an amended production schedule and have agreed as follows:

(1) ATF will complete production of all non-exempt portions of the narrative reports responsive to the First Warning Letter Request by March 1, 2021 (with the average rate of production over a 3 month span being approximately 3,000 pages per month);

(2) ATF will suspend monthly productions in response to the Second Warning Letter Request until March 31, 2021;

(3) ATF will produce the non-exempt portions of 1500 pages per month in response to the Second Warning Letter Request starting no later than April 1, 2021; and

(4) Brady Center will withdraw FOIA Request No. 2020-0024 (not at issue in this litigation) and agree to suspend processing of responses to FOIA Request Nos.

2019-0078, 2019-0631, 2019-1311, and 2020-1003 (communication aspect of request only), which are also not at issue in this case, for six months effective September 1, 2020.

In light of this agreement, the parties ask the Court to issue an order incorporating the terms of this agreement and recommend that the parties file a further joint status report on or before March 17, 2021, including an update on the status of First Warning Letter productions and proposed next steps to resolve Civil Action No. 17-2130. In addition, the parties will file a notice with the Court prior to the March 2021 Joint Status Report only if there are any issues with the production of the narrative reports responsive to the First Warning Letter Request and the parties have first met and conferred regarding the issue. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin T. Barnett               . | MICHAEL R. SHERWIN |
| Kevin T. Barnett (D.C. Bar No. 1003410) | Acting United States Attorney |
| Alan Pemberton (D.C. Bar No. 367108) | |
| Nooree Lee (D.C. Bar No. 1001687) | DANIEL F. VAN HORN, D.C. Bar No. 924092 |
| Covington & Burling LLP | Chief, Civil Division |
| One CityCenter | |
| 850 Tenth Street NW | By:   /s/ Michael A. Tilghman II |
| Washington, DC 20001 |         MICHAEL A. TILGHMAN II |
| (202) 662-5430 |         D.C. Bar No. 988441 |
| kbarnett@cov.com |         Assistant United States Attorney |
| |         U.S. Attorney's Office, Civil Division |
| Jonathan E. Lowy (D.C. Bar No. 418654) |         555 Fourth Street, N.W. |
| Joshua Scharff (D.C. Bar No. 999392) |         Washington, D.C. 20530 |
| Brady Center to Prevent Gun Violence |         (202) 252-7113 |
| 840 First Street NE Suite 400 |         Michael.Tilghman@usdoj.gov |
| Washington, DC 20002 | |
| (202) 370-8105 | *Attorneys for the United States of America* |
| jscharff@bradymail.org | |

*Attorneys for Plaintiff*

Dated: August 25, 2020