UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's August 26, 2020 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

On August 26, 2020, the Court ordered the ATF to complete production of all non-exempt portions of the narrative reports responsive to the Brady Center's First Warning Letter Request by March 1, 2021 and to commence producing the non-exempt portions of 1,500 pages per month in response to the Brady Center's Second Warning Letter Request starting no later than April 1, 2021.

On March 1, 2021, the ATF informed the Brady Center that its production of the narrative reports responsive to the Brady Center's First Warning Letter Request was complete. The Brady Center analyzed the productions against publicly available information on total inspections conducted and attempted to match previously produced inspection reports to their corresponding narrative report. On March 15, 2021, the Brady Center raised its concerns regarding the completeness of the ATF's production. The ATF needs additional time to provide its response to

the Brady Center's concerns and still anticipates that it will commence producing the non-exempt portions of 1,500 pages per month in response to the Second Warning Letter Request starting no later than April 1, 2021. Accordingly, the parties respectfully propose that they file another joint status report by April 19, 2021. A proposed order is attached.

Respectfully submitted,

/s/ Kevin T. Barnett                    .
Kevin T. Barnett (D.C. Bar No. 1003410)
Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
kbarnett@cov.com

Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated:  March 17, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
         MICHAEL A. TILGHMAN II
         D.C. Bar No. 988441
         Assistant United States Attorney
         U.S. Attorney's Office, Civil Division
         555 Fourth Street, NW
         Washington, DC 20530
         (202) 252-7113
         Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*