UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>       Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's March 17, 2021 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

The parties stated in their March 17, 2021 Joint Status Report (ECF No. 49) that on March 1, 2021, ATF informed the Brady Center that its production of the narrative reports responsive to the Brady Center's First Warning Letter Request was complete. On March 15, 2021, the Brady Center raised its concerns regarding the completeness of ATF's production based on its analysis of the production against publicly available information. ATF represented that it needed additional time to provide its response to the Brady Center's concern. ATF further noted that, consistent with the Court's August 26, 2020 Order, it still intended to commence producing the non-exempt portions of 1,500 pages per month in response to the Brady Center's Second Warning Letter Request starting on April 1, 2021.

On April 1, 2021, ATF produced 1,524 pages responsive to the Brady Center's Second Warning Letter Request. ATF has also informed the Brady Center that it revisited its production of narrative reports responsive to the First Warning Letter Request and determined that 106 narrative reports had been overlooked. ATF is presently unable to locate accessible copies of 15 of those narrative reports but will make efforts to determine if accessible copies are available. ATF intends to process and produce the remaining 91 narrative reports by May 15, 2021. ATF has also informed the Brady Center that it needs an additional 30 days to continue to investigate Plaintiff's concern about its production of narrative reports. Accordingly, the parties respectfully propose that they file another joint status report by June 3, 2021. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin T. Barnett                       . | CHANNING D. PHILLIPS, D.C. Bar #415793 |
| Kevin T. Barnett (D.C. Bar No. 1003410) | Acting United States Attorney |
| Alan Pemberton (D.C. Bar No. 367108) | |
| Nooree Lee (D.C. Bar No. 1001687) | BRIAN P. HUDAK |
| Covington & Burling LLP | Acting Chief, Civil Division |
| One CityCenter | |
| 850 Tenth Street NW | By:    /s/ Michael A. Tilghman II |
| Washington, DC 20001 |          MICHAEL A. TILGHMAN II |
| (202) 662-5430 |          D.C. Bar No. 988441 |
| kbarnett@cov.com |          Assistant United States Attorney |
| |          U.S. Attorney's Office, Civil Division |
| |          555 Fourth Street, NW |
| Jonathan E. Lowy (D.C. Bar No. 418654) |          Washington, DC 20530 |
| Joshua Scharff (D.C. Bar No. 999392) |          (202) 252-7113 |
| Brady Center to Prevent Gun Violence |          Michael.Tilghman@usdoj.gov |
| 840 First Street NE Suite 400 | |
| Washington, DC 20002 | *Attorneys for the United States of America* |
| (202) 370-8105 | |
| jscharff@bradymail.org | |

*Attorneys for Plaintiff*

Dated: April 19, 2021