UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' April 19, 2021 Joint Status Report, it is hereby

ORDERED that the parties shall file another joint status report by June 3, 2021.

SO ORDERED.

_____　　　　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge