UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )   Civil Action No. 17-2130 (RDM) <br> )   Consolidated with 18-2643 (RDM) |
| U.S. DEPARTMENT OF JUSTICE, *et al*., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT STATUS REPORT

Pursuant to this Court's April 19, 2021 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

The parties stated in their April 19, 2021 Joint Status Report (ECF No. 50) that on March 1, 2021, ATF informed the Brady Center that its production of the narrative reports responsive to the Brady Center's First Warning Letter Request was complete. On March 15, 2021, the Brady Center raised its concerns regarding the completeness of ATF's production based on its analysis of the production against publicly available information. The parties also informed the Court that on April 1, 2021, ATF produced 1,524 pages responsive to the Brady Center's Second Warning Letter Request, ATF informed Plaintiff that it determined that 106 narrative reports responsive to the First Warning Letter Request had been overlooked, ATF intended to process and produce 91 of the 106 narrative reports by May 15, 2021, and that ATF needed an additional 30 days to

continue to investigate Plaintiff's concern about its production of narrative reports responsive to the First Warning Letter Request.

In response to Plaintiff's inquiry about its analysis of ATF's production against publicly available information, ATF informed Plaintiff that there are missing inspection reports. However, the date range of the publicly available information does not perfectly align with the date range of Plaintiff's First Warning Letter Request and determining which reports are missing will take more time than originally anticipated. ATF will provide the Brady Center an update on the investigation in 45 days and will produce the missing reports as they are discovered. ATF also anticipates that it will be able to provide the 91 missing narrative reports referenced above and the missing narratives from ATF's February and March 2021 productions responsive to Plaintiff's Second Warning Letter request by June 11, 2021.

In addition, ATF continues to produce records responsive to the Brady Center's Second Warning Letter Request. On May 3, 2021, ATF produced 1,751 pages responsive to the Brady Center's Second Warning Letter Request. On June 1, 2021, ATF produced 1,542 pages responsive to the Brady Center's Second Warning Letter Request.

Accordingly, the parties respectfully propose that they file another joint status report by July 19, 2021. A proposed order is attached.

Respectfully submitted,

/s/ Kevin T. Barnett
Kevin T. Barnett (D.C. Bar No. 1003410)
Piliero Mazza
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000
kbarnett@pilieromazza.com

Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
apemberton@cov.com
nlee@cov.com

Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: June 3, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
        MICHAEL A. TILGHMAN II
        D.C. Bar No. 988441
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-7113
        Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*