UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's June 3, 2021 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

The parties stated in their June 3, 2021 Joint Status Report (ECF No. 51) that on March 1, 2021, ATF informed the Brady Center that its production of the narrative reports responsive to the Brady Center's First Warning Letter Request was complete. On March 15, 2021, the Brady Center raised its concerns regarding the completeness of ATF's production based on its analysis of the production against publicly available information. The parties informed the Court that ATF's investigation revealed that there are missing inspection reports, determining which reports are missing will take more time than originally anticipated, ATF would provide the Brady Center an update on the investigation in 45 days, and that ATF would produce the missing reports as they are discovered.

- 2 -

In further response to Plaintiff's March 15, 2021 inquiry, ATF notes that its investigation involves aligning public facing data (complied by one office some time ago) with thousands of reports contained in an antiquated database and compiled from across the entire agency in real time by hundreds of inspectors over a period of years. ATF has informed Plaintiff that, to date, it has located 360 of the missing inspection reports responsive to Plaintiff's First Warning Letter Requests. The Brady Center has informed ATF that the Brady Center believes this number represents about 25% of the missing reports. ATF is not certain whether that percentage is accurate but will continue to investigate the issue and anticipates completing its investigation into this issue in October 2021. The ATF will start producing the missing inspection reports located to date on September 1, 2021 and will complete production of any missing inspection reports by January 31, 2022.

The ATF continues to produce records in response to the Brady Center's Second Warning Letter Request. On June 8, 2021, ATF produced 1,304 pages responsive to the Brady Center's Second Warning Letter Request. On July 1, 2021, ATF produced 1,669 pages responsive to the Brady Center's Second Warning Letter Request. ATF anticipates making its next interim release of records responsive to Plaintiff's Second Warning Letter Requst in August 2021.

The parties respectfully propose that they file another joint status report by September 15, 2021 to apprise the Court of the status of the ATF's ongoing investigation and the continued production of records responsive to the Brady Center's Second Warning Letter Request. A proposed order is attached.

- 3 -

Respectfully submitted,

/s/ Kevin T. Barnett
Kevin T. Barnett (D.C. Bar No. 1003410)
Piliero Mazza
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000
kbarnett@pilieromazza.com

Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
apemberton@cov.com
nlee@cov.com

Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: July 19, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
         MICHAEL A. TILGHMAN II
         D.C. Bar No. 988441
         Assistant United States Attorney
         U.S. Attorney's Office, Civil Division
         555 Fourth Street, NW
         Washington, DC 20530
         (202) 252-7113
         Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*