UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 17-2130 (RDM) <br> Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's July 20, 2021 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

The parties stated in their June 3, 2021 Joint Status Report (ECF No. 51) that on March 1, 2021, ATF informed the Brady Center that its production of the narrative reports responsive to the Brady Center's First Warning Letter Request was complete. On March 15, 2021, the Brady Center raised its concerns regarding the completeness of ATF's production based on its analysis of the production against publicly available information. In response to the Plaintiff's inquiry, ATF conducted an investigation that involved aligning public facing data (complied by one office some time ago) with thousands of reports contained in an antiquated database and compiled from across the entire agency in real time by hundreds of inspectors over a period of years.

ATF previously reported that its investigation identified 360 missing inspection reports responsive to Plaintiff's First Warning Letter Requests.  ATF now reports that its completed investigation identified 659 more missing reports for a total of 1019 missing inspection reports.

In the parties' July 19, 2021 Joint Status Report (ECF No. 52), ATF reported that it would start producing the missing inspection reports by September 1, 2021 and complete production of any missing inspection reports by January 31, 2022.  ATF now reports that one of the main processors working on this matter left the ATF at the beginning of September.  As a result, ATF cannot meet those previously agreed upon deadlines.  ATF now reports that it will not make the first product of missing inspection reports until September 24, 2021 and will not complete the productions until March 1, 2022.

ATF continues to produce records in response to the Brady Center's Second Warning Letter Request.  On August 2, 2021, ATF produced 1,604 pages responsive to the Brady Center's Second Warning Letter Request.  On September 3, 2021, ATF produced 1,524 pages responsive to the Brady Center's Second Warning Letter Request.  ATF anticipates that it will complete its production of records responsive the Brady Center's Second Warning Letter Request by February 1, 2022.

The parties respectfully propose that they file another joint status report by March 15, 2022 to apprise the Court of the status of ATF's production of records responsive to the Brady Center's First and Second Warning Letter Requests and propose a schedule for briefing dispositive motions to conclude this matter. A proposed order is attached.

- 3 -

Respectfully submitted,

/s/ Kevin T. Barnett
Kevin T. Barnett (D.C. Bar No. 1003410)
Piliero Mazza
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000
kbarnett@pilieromazza.com

Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
apemberton@cov.com
nlee@cov.com

Jonathan E. Lowy (D.C. Bar No. 418654)
Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: September 15, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/ Michael A. Tilghman II
        MICHAEL A. TILGHMAN II
        D.C. Bar No. 988441
        Assistant United States Attorney
        U.S. Attorney's Office, Civil Division
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-7113
        Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*