UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al., <br><br> *Defendants.* | Civil Action No. 17-2130 (RDM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Assistant United States Attorney Brenda González Horowitz as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

  /s/
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2512
brenda.gonzalez.horowitzr@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2021, I served the foregoing Notice of Withdrawal of Appearance upon Plaintiff by this Court's Electronic Case Filing System (ECF).

                                                        /s/

                                           BRENDA GONZÁLEZ HOROWITZ
                                           Assistant United States Attorney
                                           555 4th Street, N.W.
                                           Washington, D.C. 20530
                                           (202) 252-252-2512
                                           brenda.gonzalez.horowitz@usdoj.gov