UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 17-2130 (RDM) <br> Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's September 16, 2021 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

On March 4, 2022, ATF reported to the Brady Center that ATF has completed its productions in response to both the First Warning Letter Request and the Second Warning Letter Request, as those terms have been used in this litigation. The Brady Center is in the process of analyzing ATF's productions to identify any missing inspection reports or other discrepancies with publicly available information. The Brady Center intends to provide ATF with any concerns regarding the Brady Center's productions by March 25, 2022. ATF will provide the Brady Center with a timetable for its position in response by April 1, 2022 and will endeavor to provide the Brady Center with a substantive response by May 15, 2022, depending on the scope of the Brady Center's questions.

ATF further notes that its undersigned counsel intends to take paternity leave soon. Accordingly, the parties respectfully propose that they file another joint status report by June 15, 2022. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin T. Barnett<br>Kevin T. Barnett (D.C. Bar No. 1003410)<br>Piliero Mazza<br>888 17th Street, NW, 11th Floor<br>Washington, DC 20006<br>(202) 857-1000<br>kbarnett@pilieromazza.com | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division |
| Alan Pemberton (D.C. Bar No. 367108)<br>Nooree Lee (D.C. Bar No. 1001687)<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001<br>(202) 662-5430<br>apemberton@cov.com<br>nlee@cov.com | By:  /s/ Michael A. Tilghman II<br>       MICHAEL A. TILGHMAN II<br>       D.C. Bar # 988441<br>       Assistant United States Attorney<br>       U.S. Attorney's Office, Civil Division<br>       555 Fourth Street, NW<br>       Washington, DC 20530<br>       (202) 252-7113<br>       Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |
| Jonathan E. Lowy (D.C. Bar No. 418654)<br>Joshua Scharff (D.C. Bar No. 999392)<br>Brady Center to Prevent Gun Violence<br>840 First Street NE Suite 400<br>Washington, DC 20002<br>(202) 370-8105<br>jscharff@bradymail.org | |

*Attorneys for Plaintiff*

Dated: March 15, 2022