UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's July 25, 2022 Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

This litigation, including the consolidated case, concerns three Freedom of Information Act ("FOIA") requests submitted by the Brady Center:  The White Paper Request filed March 29, 2017; the First Warning Letter Request filed August 7, 2017; and the Second Warning Letter Request filed July 3, 2018.  The ATF began producing records responsive to the First Warning Letter request in February 2018 and, since that time, has produced material on more than 3,000 inspections responsive to both the First and Second Warning Letter requests.

In the parties' last joint status report, ATF agreed to release 26 reports identified by the Brady Center as incomplete, re-instate monthly processing of at least 1,500 pages per month and re-open discussions on the possibility of increased monthly production rates.

ATF has since completed the supplemental productions, as proposed in the last joint status report, and re-instated monthly productions of 1,500 pages per month, beginning on July 31, 2022. ATF has completed five monthly productions of 1,500 pages each month since July. In addition, ATF has begun hiring more staff, and recently agreed to double its monthly production rate to 3,000 pages per month, beginning in February 2023.

In light of the foregoing, the parties respectfully propose that they file another joint status report by March 1, 2023, to apprise the Court of the status of ATF's production of records responsive to the Brady Center's First and Second Warning Letter Requests.

*   *   *

Respectfully submitted,

/s/ Kevin T. Barnett (by permission)
Kevin T. Barnett (D.C. Bar No. 1003410)
Piliero Mazza
1001 G Street, NW, Suite 1100
Washington, DC 20001
(202) 857-1000
kbarnett@pileromazza.com

Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
apemberton@cov.com
nlee@cov.com

Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: July 20, 2022

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Derek S. Hammond
      DEREK S. HAMMOND
      D.C. Bar # 1017784
      Assistant United States Attorney
      U.S. Attorney's Office, Civil Division
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2511
      Derek.hammond@usdoj.gov

*Attorneys for the United States of America*