UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al*.,<br><br>        Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's December 1, 2022, Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

1. This litigation, including the consolidated case, concerns three Freedom of Information Act ("FOIA") requests submitted by the Brady Center: The White Paper Request filed March 29, 2017; the First Warning Letter Request filed August 7, 2017; and the Second Warning Letter Request filed July 3, 2018. The ATF began producing records responsive to the First Warning Letter request in February 2018 and, since that time, has produced material on more than 3,000 inspections responsive to both the First and Second Warning Letter requests.

2. As previously explained, ATF has agreed to release 26 reports identified by the Brady Center as incomplete, re-instate monthly processing of at least 1,500 pages per month and agreed to a processing rate of 3,000 pages per month beginning in February 2023.

- 2 -

3. On December 16, 2022, ATF issued an interim production to Plaintiff for which it processed 1,507 pages of material, withholding some information pursuant to FOIA exemptions.

4. On January 25, 2023, ATF issued an interim production to Plaintiff for which it processed 1,524 pages of material, withholding some information pursuant to FOIA exemptions.

5. On February 28, 2023, ATF issued an interim production to Plaintiff for which it processed 3,029 pages of material, withholding some information pursuant to FOIA exemptions.

6. In light of the foregoing, the parties respectfully propose that they file another joint status report by May 30, 2023, to apprise the Court of the status of ATF's production of records responsive to the Brady Center's First and Second Warning Letter Requests.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin T. Barnett (by permission)* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Kevin T. Barnett (D.C. Bar No. 1003410) | United States Attorney |
| Piliero Mazza | |
| 1001 G Street, NW, Suite 1100 | BRIAN P. HUDAK |
| Washington, DC 20001 | Chief, Civil Division |
| (202) 857-1000 | |
| kbarnett@pilieromazza.com | */s/ Derek S. Hammond* |
| | DEREK S. HAMMOND |
| Alan Pemberton (D.C. Bar No. 367108) | D.C. Bar # 1017784 |
| Nooree Lee (D.C. Bar No. 1001687) | Assistant United States Attorney |
| Covington & Burling LLP | U.S. Attorney's Office, Civil Division |
| One CityCenter | 601 D Street, NW |
| 850 Tenth Street NW | Washington, DC 20530 |
| Washington, DC 20001 | (202) 252-2511 |
| (202) 662-5430 | Derek.hammond@usdoj.gov |
| apemberton@cov.com | |
| nlee@cov.com | *Attorneys for the United States of America* |

Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: March 1, 2023