UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Civil Action No. 17-2130 (RDM) <br> Consolidated with 18-2643 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's March 2, 2023, Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

1. This litigation, including the consolidated case, concerns three Freedom of Information Act ("FOIA") requests submitted by the Brady Center: The White Paper Request filed March 29, 2017; the First Warning Letter Request filed August 7, 2017; and the Second Warning Letter Request filed July 3, 2018. The ATF began producing records responsive to the First Warning Letter request in February 2018 and, since that time, has produced material on more than 3,000 inspections responsive to both the First and Second Warning Letter requests.

2. As previously explained, ATF agreed to an increased processing rate of 3,000 pages per month beginning in February 2023.

3. On March 31, 2023, ATF issued an interim production to Plaintiff for which it processed 3,007 pages of material, withholding some information pursuant to FOIA exemptions.

4.  On April 30, 2023, ATF issued an interim production to Plaintiff for which it processed 3,049 pages of material, withholding some information pursuant to FOIA exemptions.

5.  In light of the foregoing, the parties respectfully propose that they file another joint status report by November 30, 2023, to apprise the Court of the status of ATF's production of records responsive to the Brady Center's First and Second Warning Letter Requests and provide the Court with updated estimates on how many inspection reports remain to be produced.

Respectfully submitted,

/s/ Kevin T. Barnett
Kevin T. Barnett (D.C. Bar No. 1003410)
Piliero Mazza
1001 G Street, NW, Suite 1100
Washington, DC 20001
(202) 857-1000
kbarnett@pilieromazza.com

Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
apemberton@cov.com
nlee@cov.com

Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: May 30, 2023

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Derek S. Hammond
DEREK S. HAMMOND
D.C. Bar # 1017784
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2511
Derek.hammond@usdoj.gov

*Attorneys for the United States of America*