UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's November 22, 2024, Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") (collectively, "the Parties"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.[1]

1.  This litigation, including the consolidated case, concerns three Freedom of Information Act ("FOIA") requests submitted by the Brady Center: The White Paper Request filed March 29, 2017; the First Warning Letter Request filed August 7, 2017; and the Second Warning Letter Request filed July 3, 2018. The ATF began producing records responsive to the

---

[1] The undersigned Assistant United States Attorney apologizes for this late filing, for which she was responsible for making in a timely manner. The undersigned Assistant United States Attorney is in the midst of preparing for a potential lapse in appropriations and the upcoming deadlines that need to be met in the event that appropriations lapse. Unfortunately, due many competing demands, the undersigned Assistant United States Attorney mistakenly forgot to make this Joint Status Report filing on the deadline of December 19, 2024. By making this late filing past the deadline, the undersigned does not intend to suggest that she does not appreciate the important role that deadlines serve in this Court's management of a very active docket of cases.

First Warning Letter request in February 2018 and, since that time, has produced material on more than 3,000 inspections responsive to both the First and Second Warning Letter requests.

2. As previously explained, ATF has agreed to an increased processing rate of 3,000 pages per month beginning in February 2023.

3. In August 2024, ATF released its monthly production of inspection reports and reported to the Brady Center that the August 2024 production. concluded its processing and production.

4. Following the ATF's report that it made its final production in this matter, Plaintiff identified various issues which the ATF is investigating.

5. In light of the foregoing, the parties respectfully propose that they file another joint status report by February 17, 2024, to apprise the Court of the status of ATF's production of records responsive to the Brady Center's First and Second Warning Letter Requests.

\* \* \*

Respectfully submitted,

/s/ Kevin T. Barnett
Kevin T. Barnett (D.C. Bar No. 1003410)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue NW
Washington, DC 20001
(202) 861.1642
kbarnett@bakerlaw.com

Alan Pemberton (D.C. Bar No. 367108)
Nooree Lee (D.C. Bar No. 1001687)
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5430
apemberton@cov.com
nlee@cov.com

Joshua Scharff (D.C. Bar No. 999392)
Brady Center to Prevent Gun Violence
840 First Street NE Suite 400
Washington, DC 20002
(202) 370-8105
jscharff@bradymail.org

*Attorneys for Plaintiff*

Dated: December 20, 2024

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Dedra S. Curteman
DEDRA S. CURTEMAN
D.C. Bar #90021492
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2550
dedra.curteman@usdoj.gov

*Attorneys for the United States of America*