UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE BRADY CENTER TO PREVENT GUN VIOLENCE,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civil Action No. 17-2130 (RDM)<br>Consolidated with 18-2643 (RDM) |

## JOINT STATUS REPORT

Pursuant to this Court's February 18, 2025, Minute Order, Plaintiff, the Brady Center to Prevent Gun Violence ("Brady Center"), and Defendants, the United States Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") (collectively, "the Parties"), respectfully submit this Joint Status Report to apprise the Court of the status of these consolidated Freedom of Information Act cases.

1. This litigation, including the consolidated case, concerns three Freedom of Information Act ("FOIA") requests submitted by the Brady Center: The White Paper Request filed March 29, 2017; the First Warning Letter Request filed August 7, 2017; and the Second Warning Letter Request filed July 3, 2018. The ATF began producing records responsive to the First Warning Letter request in February 2018 and, since that time, has produced material on more than 3,000 inspections responsive to both the First and Second Warning Letter requests.

2. As previously explained, ATF increased its processing rate to 3,000 pages per month beginning in February 2023.

- 2 -

3.     In August 2024, ATF released its monthly production of inspection reports and reported to the Brady Center that the August 2024 production concluded its processing and production.

4.     Following the ATF's report that it made its final production in this matter, Plaintiff identified various issues which the ATF investigated and committed to providing additional productions, the last of which will be made by the next joint status report.

5.     Plaintiff and ATF have engaged in discussions regarding the next steps for this litigation, including the need for summary judgment briefing and the resolution of attorneys' fees.

6.     In light of the foregoing, the parties respectfully propose that they file another joint status report by May 1, 2025, to apprise the Court of the status of ATF's production of records responsive to the Brady Center's First and Second Warning Letter Requests and a proposed briefing schedule to resolve any remaining issues in the litigation.

*     *     *

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin T. Barnett* | EDWARD R. MARTIN, JR., D.C. Bar #481866 |
| Kevin T. Barnett (D.C. Bar No. 1003410) | United States Attorney |
| BAKER & HOSTETLER LLP | |
| Washington Square, Suite 1100 | |
| 1050 Connecticut Avenue NW | |
| Washington, DC 20001 | By:        */s/ Dedra S. Curteman* |
| (202) 861.1642 | DEDRA S. CURTEMAN, |
| kbarnett@bakerlaw.com | D.C. Bar #90021492 |
| | Assistant United States Attorney |
| Alan Pemberton (D.C. Bar No. 367108) | 601 D Street, NW |
| Nooree Lee (D.C. Bar No. 1001687) | Washington, DC 20530 |
| Covington & Burling LLP | (202) 252-2550 |
| One CityCenter | |
| 850 Tenth Street NW | *Attorneys for the United States of America* |
| Washington, DC 20001 | |
| (202) 662-5430 | |
| apemberton@cov.com | |
| nlee@cov.com | |
| | |
| Joshua Scharff (D.C. Bar No. 999392) | |
| Brady Center to Prevent Gun Violence | |
| 840 First Street NE Suite 400 | |
| Washington, DC 20002 | |
| (202) 370-8105 | |
| jscharff@bradymail.org | |

*Attorneys for Plaintiff*

Dated: April 3, 2025